IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROGER S. BRAUGH,<br>  Plaintiff,<br><br>VS.<br><br>FORT BEND COUNTY, et al.,<br>  Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. H-94-4180<br>§<br>§<br>§ |

FINAL ORDER AND
ORDER OF REMAND

In accordance with the order issued this day, it is hereby

ORDERED that Defendant Cook's Motion to Dismiss (Entry #3), Defendant Fort Bend County's Motion to Dismiss (Entry #4), and Defendant Ivey's Motion to Dismiss (Entry #5) are **GRANTED** and the claims pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that the state law claims are **REMANDED** to the 55th Judicial District Court of Harris County.

THIS IS A FINAL ORDER as to the federal claims.

SIGNED this 20th day of January, 1995, at Houston, Texas.

NORMAN W. BLACK
CHIEF JUDGE